IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NO-BURN INCORPORATED, | ) | Case No. 05-10463 |
| | ) | |
| Plaintiff, | ) | Adv. No. 05-02096 |
| v. | ) | |
| | ) | |
| JASON P. SPELLER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pursuant to the memorandum opinion entered contemporaneously herewith, it is ORDERED that the Creditor shall respond to the Debtor's Discovery Requests as detailed in the Memorandum Opinion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NO-BURN INCORPORATED, | ) | Case No. 05-10463 |
| | ) | |
| Plaintiff, | ) | Adv. No. 05-02096 |
| v. | ) | |
| | ) | |
| JASON P. SPELLER, | ) | |
| | ) | |
| Defendant. | ) | |

PARTIES IN INTEREST

No-Burn Incorporated

Jewel Ann Farlow, Esquire

Jason Speller

David H. Idol, Esquire